# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                              PLAINTIFF

vs.                          4:08CR00290-001 SWW

TIA MARIE FERGUSON                                      DEFENDANT

## **ORDER**

The above entitled cause came on for hearing March 12, 2013 on the government's motion to revoke defendant's conditions of supervised release previously granted in the United States District Court for the Eastern District of Arkansas. Upon statements made on the record, the Court finds that this matter should be continued for thirty days to a date closer to the termination of her supervised release.

IT IS THEREFORE ORDERED that the hearing on the issue of revocation of supervised release in this matter hereby is continued until ***9:00 A.M. on THURSDAY, APRIL 18, 2013***, in Room #389, Richard Sheppard Arnold United States Courthouse, Little Rock, Arkansas. Defendant shall report to the U. S. Probation Office one hour prior to the hearing for drug testing.

Defendant is to continue to be under supervision and is reminded that she shall comply with and abide by all of the conditions of her supervised release. If defendant violates the conditions of her supervised release prior to the date of this scheduled hearing, a revocation hearing may be scheduled immediately.

IT IS SO ORDERED this 12th day of March 2013.

                                                 /s/Susan Webber Wright
                                                 UNITED STATES DISTRICT JUDGE