# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                    NO. 4:08CR00290-003 SWW

MAISHA A. LAND

## **ORDER**

Pending before the Court is the government's motion to withdraw the revocation petition against the above named defendant in this matter. For good cause shown, the Court finds that the motion should be granted.

IT IS THEREFORE ORDERED that the government's motion to withdraw the pending petition to revoke supervised release without prejudice [doc #183] is **granted**. The motion to revoke supervised release [doc #159] is **denied as moot** and the hearing previously scheduled May 17, 2013 at 1:00 p.m. is canceled.

DATED this 14th day of May 2013.

                                                 /s/Susan Webber Wright
                                                 United States District Judge