# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION


UNITED STATES OF AMERICA

vs.                                          NO.  4:08CR00290-001  SWW

TIA MARIE FERGUSON


## ORDER

Pending before the Court is the government's motion to withdraw  the revocation petition against the above named defendant in this matter.  For good cause shown, the Court finds that the motion should be granted.

IT IS THEREFORE ORDERED that the government's motion to withdraw the pending petition to revoke supervised release without prejudice [doc #185] is **granted**. The motion to revoke supervised release [doc #158] is **denied as moot** and the hearing  previously scheduled May 31, 2013 at 10:00 a.m. is canceled.

DATED this 28th day of May 2013.

/s/Susan Webber Wright
United States District Judge